

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF D. P. P., D. P., J. L. P. AND A. A. P., CHILDREN, | § | No. 08-19-00210-CV |
| | § | Appeal from the |
| Appellants. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2017DCM7679) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant A. P.'s third motion for extension of time within which to file the brief until **October 28, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT A. P.'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark G. Briggs, the Appellant A. P.'s attorney, prepare the Appellant A. P.'s brief and forward the same to this Court on or before October 28, 2019.

IT IS SO ORDERED this 22nd day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.
Alley, C.J., not participating